**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6893**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

DARRELL L. PADGETT,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:91-cr-00166-1)

_____

Submitted: November 10, 2009      Decided: December 1, 2009

_____

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Darrell L. Padgett, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell L. Padgett appeals the district court's order granting his 18 U.S.C. § 3582 (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Further, we note that any error resulting from the district court's failure to apportion the amended sentence among the counts of conviction was harmless. See United States v. Chase, 296 F.3d 247, 249-50 (4th Cir. 2002). We deny Padgett's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED